ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
EDWARD E. ALON (Cal. Bar No. 207287)
Assistant United States Attorneys
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-4477/3825
Facsimile: (213) 894-6269
Email: mark.aveis@usdoj.gov
       edward.alon@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 08-1191-GW |
|---|---|
| Plaintiff, | ) <u>GOVERNMENT'S SENTENCING</u> <u>POSITION FOR DEFENDANT</u> |
| v. | ) <u>IVAN QUEZADA</u> |
| IVAN QUEZADA, | ) Date: May 24, 2010 |
| Defendant. | ) Time: 8:00 a.m. |

The government concurs in the probation officer's factual findings, advisory Guidelines calculations, and sentencing recommendation.

DATE: May 3, 2010

Respectfully submitted,
ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

_____
MARK AVEIS
EDWARD E. ALON
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA

1

## CERTIFICATE OF SERVICE

I, **Stephanie Swisher**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:
<u>GOVERNMENT'S SENTENCING POSITION</u>
<u>FOR DEFENDANT IVAN QUESZADA</u>
service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery in court as follows:

[] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

[ ] By electronic e-mail

Probation Officer
Tami Keller
11827 Ventura Blvd. Suite 100
Studio City, CA 91604-2618

This Certificate is executed on **May 3, 2010** at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____
Stephanie Swisher